UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:13CV-1167-H

AMY WITHAM                                                                    PLAINTIFF

VS.

INTOWN SUITES LOUISVILLE
NORTHEAST, LLC                                                                DEFENDANT

**MEMORANDUM OPINION AND ORDER**

Plaintiff filed this personal injury action in Jefferson Circuit Court on May 20, 2013. On November 5, 2013, Defendant received discovery responses indicating that Plaintiff's damages may exceed $75,000. On November 21, 2013, Defendant removed to federal court. Thereafter, Plaintiff moved to remand on the grounds that Plaintiff's removal was untimely and that by actively litigating this case in state court it had somehow waived its right to remove.

Plaintiff's complaint sets forth a cause of action for personal injuries. However, as required by state law, it does not set forth a specific amount of damages. Nothing in the complaint would give Defendant a definite idea as to the amount of damages which might be claimed. Under these circumstances, Defendant need not remove within thirty days. Rather, Defendant may conduct discovery. It did so in these circumstances and received responses on November 5, 2013, which demonstrated that Plaintiff's damages could be well in excess of $75,000. Thereafter, Defendant timely removed to federal court.

By filing an answer and conducting legitimate discovery, Defendant did not waive any right to remove to federal court. Defendant followed the correct procedure in seeking discovery to determine the amount of Plaintiff's claim. Nothing in the complaint or any other pleading prior to the discovery responses indicated whether the amount demanded might be more than the

jurisdictional amount.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's motion to remand is DENIED.

cc: Counsel of Record