UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CASE NO. 3:13-CV-01167-JGH

AMY SUE WITHAM                                                            PLAINTIFF

v.

INTOWN SUITES LOUISVILLE
NORTHEAST, LLC                                                  DEFENDANT

## NOTICE OF FILING

Defendant, Intown Suites Louisville Northeast, LLC, through the undersigned counsel, hereby gives notice that the surveillance video of the incident (Exhibit B to Defendant's Memorandum in Support of Motion for Summary Judgment, Document ID #14) has been conventionally filed with the Clerk's Office and served to parties of record, via U.S. Mail. Surveillance video contains audio that can be heard by double-clicking on the video.

Respectfully submitted,

/s/ Marcia L. Pearson_____

Marcia L. Pearson
Wilson Elser Moskowitz Edelman & Dicker LLP
100 Mallard Creek Road, Suite 250
502.238.8500
502.238.7995 (fax)
marcia.pearson@wilsonelser.com

*Counsel for Defendant*

6453902v.1

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was served on the following via the Court's ECF system this 1st day of December, 2014.

Garry R. Adams
Daniel J. Canon
Clay Daniel Walton Adams, PLC
Meidinger Tower, Suite 101
462 S. Fourth Street
Louisville, Kentucky 40202
*Counsel for Plaintiff*

                              /s/ Marcia L. Pearson_____

                              *Counsel for Defendant*