# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 01, 2016

Ms. Vanessa L. Armstrong
Western District of Kentucky at Louisville
601 W. Broadway
Suite 106 Gene Snyder U.S. Courthouse
Louisville, KY 40202-2249

        Re: Case No. 15-5734, *Amy Witham v. Intown Suites Louisville N.E.*
            Originating Case No. : 3:13-cv-01167

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                          Sincerely yours,

                          s/Amy E. Gigliotti
                          Case Manager
                          Direct Dial No. 513-564-7012

cc: Mr. Daniel J. Canon
    Mr. Leonard Joe Dunman
    Mr. Edward Michael O'Brien
    Ms. Marcia Lauren Pearson

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 15-5734

_____

Filed: April 01, 2016

AMY SUE WITHAM

        Plaintiff - Appellant

v.

INTOWN SUITES LOUISVILLE NORTHEAST

        Defendant - Appellee

MANDATE

   Pursuant to the court's disposition that was filed 03/10/2016 the mandate for this case hereby issues today.

COSTS: None